UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIP ROBERTS and
SHIRLEY ROBERTS,

        Plaintiffs,

  v.

FEDERAL EXPRESS CORPORATION;
DOE MANUFACTURING COMPANY;
and DOES 1 through 50, inclusive,

        Defendants.
_____/

NO. Civ. S-06-1672 LKK/KJM

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendant has informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

1

<u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

    IT IS SO ORDERED.

    DATED: November 29, 2006.

                                                          LAWRENCE K. KARLTON
                                                          SENIOR JUDGE
                                                          UNITED STATES DISTRICT COURT