| | |
|---|---|
| 1 | **DUGAN BARR**.............................. State Bar No. 40663 |
| 2 | **DOUGLAS MUDFORD**................. State Bar No. 156392 |
| | **J. MICHAEL FAVOR** .................... State Bar No. 85558 |
| 3 | **DAVID CASE**................................ State Bar No. 56701 |
| | **DOUGLAS H. NEWLAN** .............. State Bar No. 032250 |
| 4 | **BARR & MUDFORD** |

1824 Court Street/P.O. Box 994390
Redding, California 96099-4390
Telephone:    (530) 243-8008
Fax:             (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ROBERTS, et al., | NO. 2:06-CV-01672-LKK-KJM |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL** |
| FEDERAL EXPRESS CORPORATION, et al. | |
| Defendants. | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ, P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

Dated:  December 5, 2006

BARR & MUDFORD, LLP.


  /s/ David Case
DAVID CASE
Attorneys for Plaintiffs

Stipulation for Dismissal; Order of Dismissal

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 3, 2007

                                              Law Offices of Sara A. Simmons, APC

                                              /s/ Michael T. Stone for
                                            SARA A. SIMMONS
                                            Attorneys for Defendant,
                                            FEDERAL EXPRESS CORPORATION

### ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

Dated: January 5, 2007

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390

Page 2 of 2

Stipulation for Dismissal; Order of Dismissal

PDF created with pdfFactory trial version www.pdffactory.com